

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-49,980-12, WR-49,890-13, WR-49,890-14, WR-49,890-15, & WR-49,890-16

### EX PARTE KEITH MICHAEL ST. AUBIN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 98CR0360, 98CR0362, 98CR0358, 98CR0359, & 98CR0361
### IN THE 10TH DISTRICT COURT
### FROM DALLAS COUNTY

**KEASLER, J., filed a dissenting statement, in which HERVEY and YEARY, JJ., joined.**

### DISSENTING STATEMENT

I dissent to the Court's remanding Keith St. Aubin's applications for a writ of habeas corpus. For the reasons outlined in my concurring opinion in *Ex parte Marascio*,[1] I would deny St. Aubin's double-jeopardy claims because a double-jeopardy claim may not be raised for the first time in a collateral proceeding.

Filed: November 11, 2015
Do not publish

---

[1]  *Ex parte Marascio*, Nos. WR–80,939–01, WR–80,939–02, & WR–80,939–03, ___ S.W.3d ___, 2015 WL 5853202, *1 (Tex. Crim. App. Oct. 7, 2015).